344 A.2d 463

**COMMONWEALTH of Pennsylvania, Appellant,**

**v.**

**Albert Andrew FORD, Appellee.**

Supreme Court of Pennsylvania.

Argued Dec. 6, 1974.

Decided Oct. 3, 1975.

Milton O. Moss, Dist. Atty., William T. Nicholas, 1st Asst. Dist. Atty., Stewart J. Greenleaf, Asst. Dist. Atty., Chief, Appellate Division, Bernard A. Moore, Asst. Dist. Atty., Norristown, for appellant.

Stephen G. Yusem, Norristown, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, NIX and MANDERINO, JJ.

* Post Conviction Hearing Act of January 25, 1966, P.L. (1965) 1580, 19 P.S. § 1180 (Supp.1975).

## OPINION OF THE COURT

PER CURIAM.

Order affirmed.

POMEROY, J., did not participate in the consideration or decision of this case.